**Electronically Filed
Supreme Court
SCPW-24-0000692
17-JAN-2025
12:12 PM
Dkt. 4 ODDP**

SCPW-24-0000692

IN THE SUPREME COURT OF THE STATE OF HAWAI‘I

---

SANDEE KIM VILLEZA and BRENT IAN VILLEZA,
Petitioners,

vs.

THE HONORABLE DEAN E. OCHIAI,
Judge of the Circuit Court of the First Circuit,
State of Hawai‘i, Respondent Judge,

and

WELLS FARGO BANK, NATIONAL ASSOCIATION,
AS TRUSTEE FOR STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST,
MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-6,
Respondent.

---

ORIGINAL PROCEEDING
(CASE NO. 1CCV-22-0001614)

ORDER DENYING PETITION FOR WRIT OF PROHIBITION
(By: Recktenwald, C.J., McKenna, Eddins, Ginoza, and Devens, JJ.)

Upon consideration of Petitioners Sandee Kim Villeza and

Brent Ian Villeza's petition for writ of prohibition filed

October 22, 2024, and the record,

The court finds that Petitioners are seeking to relitigate issues that were previously raised and addressed in <u>Villeza v. Judge Castagnetti</u>, SCPW-23-0000373. The petition filed in SCPW-23-0000373 requested essentially identical relief to the instant petition.

The petition filed October 22, 2024 is denied on the ground that the merits of this original proceeding were conclusively determined on August 15, 2023 when this court entered its order denying petitioners' motion for reconsideration in SCPW-23-0000373.

DATED: Honolulu, Hawai'i, January 17, 2025.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Vladimir P. Devens

2